UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SANDRA ALDEN, BRENDA SCARBROUGH-    :
KILLGORE, DARLENE SEELEY, JUANITA    :
WEEKS AND MIDRED WHITE,    :
     :
     Plaintiffs,    :   Civil Action
v.    :   No. 04-11176-GAO
     :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME    :
PRODUCTS CORPORATION; WYETH    :
PHARMACEUTICALS, INC F/K/A WYETH-    :
AYERST PHARMACEUTICALS, INC., A    :
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER    :
INGELHEIM PHARMACEUTICALS, INC.,    :
     :
     Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer

Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 23, 2004               Respectfully submitted,
     Boston, Massachusetts

                             /s/Matthew J. Matule
                             Matthew J. Matule (BBO #632075)
                             SKADDEN, ARPS, SLATE,
                               MEAGHER & FLOM LLP
Of Counsel:                        One Beacon Street
Barbara Wrubel                    Boston, Massachusetts 02108
Katherine Armstrong            (617) 573-4800
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                 Counsel for Defendant
                             Boehringer Ingelheim Pharmaceuticals, Inc.